Larry Ellender WILSON *v.* STATE of Arkansas

620 S.W. 2d 936

Supreme Court of Arkansas
Opinion delivered September 14, 1981

*Donald H. Smith*, for appellant.

*Steve Clark*, Atty. Gen., by: *Alice Ann Burns*, Asst. Atty. Gen., for appellee.

Per Curiam. Larry Ellender Wilson, by his attorney, has filed for a rule on the clerk.

His attorney, Max J. Probst, has attached an affidavit admitting that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.